UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Kasra Noohi
                        Plaintiff,

v.                                           Case No.: 1:17–cv–00695
                                                               Honorable John Robert Blakey

Donald J Trump, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2017:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the filing of the notice of voluntary dismissal of petition for writ of habeas corpus and complaint for declaratory and injunctive relief [2], this case is hereby dismissed without prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.